Electronically Filed
Supreme Court
SCWC-23-0000327
16-OCT-2025
07:57 AM
Dkt. 20 ORD

SCWC-23-0000327

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

JOHN RAPP,
Respondent/Plaintiff-Appellee,

vs.

THOMAS F. SCHMIDT,
Petitioner/Defendant-Appellant

and

LORINNA J. SCHMIDT,
Respondent/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000327; CASE NO. 1CC940000903)

ORDER
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Drewyer, assigned by reason of vacancy)

        The record reflects that Petitioner/Defendant-
Appellant Thomas F. Schmidt (**Schmidt**) has filed two Applications
for Writ of Certiorari in this matter.  The first application
was filed on October 14, 2025, before the Intermediate Court of
Appeals had filed a judgment on appeal.  See Hawai‘i Revised
Statutes § 602-59(a) (2017) and Hawai‘i Rules of Appellate
Procedure (HRAP) Rule 36(b)(1) (eff. 2016).

Schmidt's second application was filed on October 15, 2025, after the Intermediate Court of Appeals filed its Judgment on Appeal earlier on the same date.

Therefore, it is ordered that:

A. Petitioner Schmidt's first application for writ of certiorari, filed on October 14, 2025, is dismissed without prejudice to the filing of his second application. <u>See</u> HRAP Rule 40.1(a) (eff. 2023) ("The application shall be filed within 30 days after the filing of the intermediate court of appeals' judgment on appeal or dismissal order, unless the time for filing the application is extended in accordance with this rule.");

B. Petitioner Schmidt's second application for writ of certiorari, timely filed on October 15, 2025, is the operative application in this matter; and

C. The time for filing a response under HRAP Rule 40.1(e) shall be calculated from the second application for writ of certiorari filed on October 15, 2025.

DATED:  Honolulu, Hawai'i, October 16, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Michelle L. Drewyer

